JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE GLEN A. FOOTE,

          Debtor.

District Court Case No.
    8:21-cv-01755-PA

Bankruptcy Court Case No.
    8:21-bk-11817-MW

ORDER DISMISSING BANKRUPTCY
APPEAL

     In accordance with the Court's December 29, 2021 Minute Order dismissing this appeal for lack of prosecution and failure to comply with the Court's orders, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the appeal is dismissed without prejudice.

DATED: December 29, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE